✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.

RICHARD MORGAN KARAS,
Defendant.

## APPEARANCE

Case Number: 08MJ8031

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RICHARD MORGAN KARAS

I certify that I am admitted to practice in this court.

1/23/2008
Date

/s/ HANNI M. FAKHOURY
Signature

HANNI M. FAKHOURY / Federal Defenders ( 252629
Print Name Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 (619) 687-2666
Phone Number Fax Number

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 23, 2008

*/s/ Hanni M. Fakhoury*

HANNI M. FAKHOURY
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Hanni_Fakhoury@fd.org